# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stewart, Carl E. | United States Fifth Circuit Court of Appeals | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Chief Circuit Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, Louisiana 71101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | LSU Health Shreveport Feist-Weiller Cancer Center |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Inns of Court Foundation | 01/16/2014 -- 01/17/2014 | Lafayette, Louisiana | Acadiana Inn of Court Awards Presenter | Transportation, lodging, and meals |
| 2. | Federal Bar Association | 01/23/2014 -- 01/23/2014 | Houston, Texas | Federal Bar Association CLE Presenter | Transportation, lodging, and meals |
| 3. | Fifth Circuit Bankruptcy Bench/Bar Association | 02/12/2014 -- 02/13/2014 | New Orleans, Louisiana | Conference Luncheon Speaker | Transportation, lodging, and meals |
| 4. | National Bar Association | 02/20/2014 -- 02/21/2014 | Austin, Texas | Judicial Forum Participant | Transportation, lodging, and meals |
| 5. | Wake Forest University School of Law | 02/27/2014 -- 03/01/2014 | Winston Salem, North Carolina | Black Law Students Association Banquet Speaker | Transportation, lodging, and meals |

| 6. | Louisiana Bar Foundation | 04/11/2014 -- 04/12/2014 | New Orleans, Louisiana | 2013 Distinguished Jurist Recipient | Transportation, lodging, and meals |
| --- | --- | --- | --- | --- | --- |
| 7. | American Inns of Court Foundation | 05/01/2014 -- 05/04/2014 | Boston, Massachusetts | Spring Board Meeting | Transporation, lodging, and meals |
| 8. | Loyola University School of Law | 05/09/2014 -- 05/11/2014 | New Orleans, Louisiana | Commencement Speaker/ Honorary Doctorate Recipient | Transportation, lodging, and meals |
| 9. | Suffolk University School of Law | 05/16/2014 -- 05/18/2014 | Boston, Massachusetts | Honorary Doctorate Recipient | Transportation, lodging, and meals |
| 10. | Judge Advocates Foundation | 05/21/2014 -- 05/22/2014 | Arlington, Virginia | Award Recipient | Transportation, lodging, and meals |
| 11. | Houston Lawyers Association | 05/31/2014 -- 06/01/2014 | Houston, Texas | Annual Awards and Scholarship Gala/Award Recipient | Transportation, lodging, and meals |
| 12. | Louisiana State Bar Association | 06/03/2014 -- 06/07/2014 | Sandestin, Florida | LSBA/LJC Summer School and Annual Meeting Program Speaker | Transportation, lodging, and meals |
| 13. | Texas Criminal Defense Lawyers Association | 06/11/2014 -- 06/12/2014 | San Antonio, Texas | 27th Annual Rusty Duncan Texas Criiminal Defense Lawyers Association Program Speaker | Transportation, lodging, and meals |
| 14. | Southern District of Texas Bankruptcy Bench/Bar Association | 06/18/2014 -- 06/19/2014 | Corpus Christi, Texas | Luncheon Speaker honoring Judge Schmidt | Transportation, lodging, and meals |
| 15. | American Inns of Court Foundation | 07/04/2014 -- 07/10/2014 | London, England | Amity Visit to Inner Temple | Transportation, lodging, and meals |
| 16. | United States Department of Justice | 09/17/2014 -- 09/19/2014 | Columbia, South Carolina | Appellate Chiefs' Conference Program Participant | Transportation, lodging, and meals |
| 17. | American Inns of Court Foundation | 09/26/2014 -- 10/03/2014 | London, England | Fall Visit to Middle Temple | Transportation, lodging, and meals |
| 18. | American University College of Law | 10/16/2014 -- 10/17/2014 | Washington, D.C. | 2014 Jurist-in-Residence Program Participant | Transportation, lodging, and meals |
| 19. | Eastern District of Texas Bench/Bar Association | 10/21/2014 -- 10/23/2014 | Plano, Texas | Conference Keynote Speaker | Hotel and meals |
| 20. | American Inns of Court Foundation | 10/23/2014 -- 10/26/2014 | Washington, D.C. | Fall Meeting and Celebration of Excellence | Transportation, lodging, and meals |
| 21. | Appellate Judes Education Institute (AJEI) | 11/11/2014 -- 11/15/2014 | Dallas, Texas | 2014 Summit Participant | Transportation, lodging, and meals |
| 22. | Louisiana State Bar Association | 11/21/2014 -- 11/24/2014 | New York, New York | Cle Seminar Presenter | Transportation, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA (Post Office Employee Credit Union) | A | Interest | L | T | | | | | |
| 2.   IRA (Post Office Employee Credit Union) | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl E. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544